AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Raglan George, Jr., as Executive Director of District Council 1707, American Federation of State, County and Municipal Employees, AFL-CIO, and Betty Powell, as President of Local 95, District Council 1707, American Federation of State, County and Municipal Employees, AFL-CIO,
                Plaintiffs,

V.

John B. Mattingly, as Commissioner of the Administration for Children's Services of the City of New York, and Administration for Children's Services of the City of New York,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 2500**

**JUDGE SULLIVAN**

TO: (Name and address of Defendant)

John B. Mattingly, Commissioner
Administration for Children's Services
150 William Street
New York, NY 10038-2604

Corporation Counsel of the City of
New York
100 Church Street, Room 3-105
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Murray
Kennedy, Jennik & Murray, PC
113 University Place, 7th Floor
New York, NY 10003

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Doss_

(By) DEPUTY CLERK

DATE: MAR 1 2 2008

Kennedy, Jennik & Murray, P.C.
Attorneys for Plaintiffs
113 University Place - 7th Floor
New York, New York 10003
(212) 358-1500
Thomas M. Murray (TM 6605)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................ X

RAGLAN GEORGE, JR., as Executive Director of
DISTRICT COUNCIL 1707, AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, and BETTY POWELL, as President of
LOCAL 95, DISTRICT COUNCIL 1707, AMERICAN
FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, AFL-CIO,

                        Plaintiffs,                        AFFIDAVIT OF
                                                           SERVICE

          -against-                                  Case No. 08cv2500 (RJS)

JOHN B. MATTINGLY, as Commissioner of the
Administration for Children's Services of the City of
New York, and ADMINISTRATION FOR CHILDREN'S
SERVICES OF THE CITY OF NEW YORK,

                        Defendants.

................................................ X

State of New York      )
                            ) ss:
County of New York  )

JOAN ESPOSITO, being duly sworn, deposes and says:

    - that deponent is not a party to this action and is over the age of eighteen and resides in the State of New York;

    - that on March 12, 2008 at 1:15 PM at 220 Church Street, New York, New York, deponent served the within Summons and Complaint on John B. Mattingly, recipient therein

named by delivering to Anna Rodriguez;

A description of the person who accepted service is as follows:

Approximate Age: 32         Approximate Weight: 150      Approximate Height: 5'4"
Color of Skin: brown        Color of Hair: black          Sex: female

*Joan Esposito*
Joan Esposito

Sworn to before me
this 13th day of March, 2008

_____
Notary Public

ELIZABETH M. PILECKI
Notary Public, State of New York
No. 02PI6039445
Qualified in Kings County
Commission Expires April 3, 20__

Kennedy, Jennik & Murray, P.C.
Attorneys for Plaintiffs
113 University Place - 7th Floor
New York, New York  10003
(212) 358-1500
Thomas M. Murray (TM 6605)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................. X

RAGLAN GEORGE, JR., as Executive Director of
DISTRICT COUNCIL 1707, AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, and BETTY POWELL, as President of
LOCAL 95, DISTRICT COUNCIL 1707, AMERICAN
FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, AFL-CIO,

                                Plaintiffs,                                    AFFIDAVIT OF
                                                                                   SERVICE

                              -against-                                        Case No. 08cv2500 (RJS)

JOHN B. MATTINGLY, as Commissioner of the
Administration for Children's Services of the City of
New York, and ADMINISTRATION FOR CHILDREN'S
SERVICES OF THE CITY OF NEW YORK,

                                Defendants.

............................................. X

State of New York       )
                                ) ss:
County of New York   )

JOAN ESPOSITO, being duly sworn, deposes and says:

    - that deponent is not a party to this action and is over the age of eighteen and resides in the State of New York;

    - that on March 12, 2008 at 12:45 PM at 100 Church Street, New York, New York, deponent served the within Summons and Complaint on Corporation Counsel of the City of New

York, recipient therein named by delivering to Madelyn Santana, Docketing Clerk;

A description of the person who accepted service is as follows:

| | | |
|---|---|---|
| Approximate Age: 30 | Approximate Weight: 115 | Approximate Height: 5'4" |
| Color of Skin: light brown | Color of Hair: black | Sex: female |

_____
Joan Esposito

Sworn to before me
this 13th day of March, 2008

_____
Notary Public

ELIZABETH M. PILECKI
Notary Public, State of New York
No. 02PI6039445
Qualified in Kings County
Commission Expires April 3, 20__