


| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL CHIU<br>*Assistant Corporation Counsel*<br>Phone 212-788-1158<br>Fax. 212-788-0940<br>E-mail dchiu@law.nyc.gov |

March 27, 2008

**By Hand Delivery**
Honorable Richard J. Sullivan
United States District Judge
United States District Court
500 Pearl Street, Room 615
New York, New York 10007



Re: George v. Mattingly, *et al.*,
Docket No: 08 CV 2500 (RJS)

Dear Judge Sullivan:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced matter. This letter is submitted pursuant to Your Honor's Individual Rule 1(E) to request a 30-day enlargement, from April 1, 2008 through and including May 1, 2008, for defendants to answer or otherwise move with respect to the Complaint. This is defendants' first request for an enlargement. Plaintiff consents to the request.

    Defendants request the enlargement because this matter was only recently assigned to me on March 20, 2008. In order to respond to the complaint on behalf of defendants, which must be grounded in knowledge, information and belief formed after reasonable inquiry, as required by Rule 11 of the Federal Rules of Civil Procedure, I must identify, locate and interview those persons with knowledge of the allegations set forth in the complaint. In addition, I must identify, locate and review any documents relevant to plaintiff's claims. An extension of time will provide this office with sufficient time to investigate Plaintiff's allegations and to review documents that might be relevant to this action.

    Defendants therefore respectfully requests an extension of time to May 1, 2008 to respond to the complaint to fulfill their obligations and to respond meaningfully to the allegations asserted against them.

Hon. Richard J. Sullivan
United States District Judge
March 27, 2008
Page 2 of 2

Thank you for your consideration of this request.

Respectfully submitted,

Daniel Chiu (DC-3381)
Assistant Corporation Counsel

cc (via facsimile):   Thomas M. Murray, Esq.

*[Handwritten annotation:]* Request granted. However, no further extensions will be granted absent compelling circumstances.

SO ORDERED.
Dated: 3/28/08

RICHARD J. SULLIVAN
U.S.D.J.