AO 158 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RAGLAN GEORGE, JR., *et al.*,

**APPEARANCE**

v.

Case Number: 08 CV 2500 (RJS)

JOHN B. MATTINGLY, *et ano.*,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants

I certify that I am admitted to practice in this court.

May 6, 2008
Date

Signature

Daniel Chiu — DC-3381
Print Name — Bar Number

100 Church Street, Room 2-115
Address

New York — New York — 10007
City — State — Zip Code

(212) 788-1158 — (212) 788-0940
Phone Number — Fax Number