UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAGLAN GEORGE, JR., *et ano*,

                Plaintiffs,

-v-

JOHN B. MATTINGLY, *et ano*,

                Defendants.

No. 08 Civ. 2500 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

At the conference held on May 6, 2008, the Court adopted the following schedule:

    Plaintiffs shall file and serve their amended complaint on or before May 28, 2008.

    On or before June 9, 2008, defendants shall submit a letter to the Court that shall either (1) outline the basis for any anticipated pre-answer motions, or (2) inform the Court that the defendants intend to file an answer.

SO ORDERED.

DATED:    May 6, 2008
                 New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

*USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 5/7/08*