# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

THOMAS M. MURRAY
tmurray@kjmlabor.com

**MEMO ENDORSED**

May 30th, 2008

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

Re:   George v. Mattingly, et al
      Case No. 08 Cv 2500 (RJS)

Dear Judge Sullivan:

I represent the Plaintiff in the above referenced matter. At the pre-motion conference held May 6, 2008, we agreed to a schedule where Plaintiff would file an amended complaint on May 28, 2008, and Defendant would respond by letter on June 9, 2008. In the ensuing time, I mistakenly believed I had to amend by the end of the month. I apologize for the mistake, which I noticed today after preparing the amended complaint for filing, which will be done today.

I spoke to Defendant's counsel, Daniel Chiu, and advised him of the mistake. I advised him that we were filing the amended complaint today and suggested that I ask that the Court extend Defendant's time to reply to June 11, 2008. He consented to the revised schedule. Therefore, I request that the Court approve the amended schedule.

Thank you for your attention to this matter.

Very truly yours,

Thomas Murray (I.S)

Thomas M. Murray

Plaintiff's request, received today by the Court, is granted.

cc:   Daniel Chiu, Esq. (via fax – 212-788-0940)

SO ORDERED
Dated: 6/2/08

RICHARD J. SULLIVAN
U.S.D.J.