

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL CHIU<br>*Assistant Corporation Counsel*<br>Phone: 212-788-1158<br>Fax: 212-788-0940<br>E-mail: dchiu@law.nyc.gov |

June 9, 2008

**By Hand Delivery**
Honorable Richard J. Sullivan
United States District Judge
United States District Court
500 Pearl Street, Room 615
New York, New York 10007

        Re: George *et ano*, v. Mattingly, *et al.*,
            Docket No: 08 CV 2500 (RJS)

Dear Judge Sullivan:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced matter. This letter is submitted pursuant to Your Honor's Individual Rule 1(E) to request an extension of time, from June 11, 2008 through and including June 20, 2008, for defendants to inform the Court whether they intend to serve a pre-answer motion or file an answer. This is defendants' first request for an enlargement. Plaintiff consents to the request.

      On April 23, 2008, defendants submitted a letter to the Court requesting a pre-motion conference prior to defendants' anticipated motion to dismiss. A pre-motion conference was held on May 6, 2008 where plaintiff was directed to serve and file their amended complaint on or before May 28, 2008. Plaintiffs' time to serve and file their amended complaint was subsequently extended to May 30, 2008 and defendants were to inform the Court by June 11, 2008 whether they intended to answer or move to dismiss.

      On June 2, 2008, defendants received a copy of plaintiffs' amended complaint. Defendants have begun reviewing and researching plaintiffs' claims, but they have not had sufficient time to conclude their research and decide whether they will answer or move to dismiss.

      Defendants therefore respectfully request an extension of time, from June 11, 2008 through and including June 20, 2008, for defendants to inform the Court whether they intend to answer or seek leave to move to dismiss the amended complaint.

Hon. Richard J. Sullivan
United States District Judge
June 9, 2008
Page 2 of 2

Thank you for your consideration of this request.

Respectfully submitted,

Daniel Chiu
Assistant Corporation Counsel

cc (via facsimile):    Thomas M. Murray, Esq.

Request granted.

SO ORDERED
Date: 6/10/08

RICHARD J. SULLIVAN
U.S.D.J.