UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

RAGLAN GEORGE, JR., *et ano*,

                Plaintiffs,

-v-

JOHN B. MATTINGLY, *et ano*,

                Defendants.

No. 08 Civ. 2500 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from defendants, dated June 20, 2008, requesting a pre-motion conference on their anticipated motion to dismiss the amended complaint. Although Rule 2(A) of the Court's Individual Practices requires a response from plaintiff within three business days, no response from plaintiff has been received as of June 30, 2008.

    Accordingly, the following schedule for briefing of defendants' anticipated motion to dismiss the amended complaint is hereby adopted:

        Defendants shall file and serve their motion on or before August 1, 2008.

        Plaintiffs' opposition papers shall be filed and served on or before August 22, 2008.

        Defendants' reply papers shall be filed and served on or before August 29, 2008.

SO ORDERED.

DATED:    July 1, 2008
             New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE