



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL CHIU<br>*Assistant Corporation Counsel*<br>Phone: 212-788-1158<br>Fax: 212-788-0940<br>E-mail: dchiu@law.nyc.gov |

July 29, 2008

**By Hand Delivery**
Honorable Richard J. Sullivan
United States District Judge
United States District Court
500 Pearl Street, Room 615
New York, New York 10007



Re: George *et ano*, v. Mattingly, *et al.*,
    Docket No: 08 CV 2500 (RJS)

Dear Judge Sullivan:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced matter. This letter is submitted pursuant to Your Honor's Individual Rule 1(E) to request an extension of time, from August 1, 2008 through and including September 12, 2008, for defendants to serve their motion to dismiss. This is defendants' first request for an enlargement. Plaintiff consents to the request.

      Defendants seek the extended enlargement due to obligations in other litigation matters that have prevented me from preparing defendant's motion and will preclude me from preparing the motion until the requested time. On July 15, 17, and 22, 2008, I was required to appear for four depositions in Behrend v. Klein, *et al.*, EDNY Docket No. 04 CV 5413 (NGG)(CLP), Hudson v. Klein, *et al.*, EDNY Docket No. 04 CV 5414 (NGG)(CLP), Nicholas et ano. v. The City of New York, et al., EDNY Docket No. 07 CV 0134 (SJ)(VVP), and LiFranc v. New York City Department of Education, et ano., EDNY Docket No. 07 CV 1109 (ARR)(LB).

      On August 4, 2008, a reply in a motion for summary judgment is due in Blasi v. New York City Board of Education, et al., 00 CV 5320 (RRM)(MDG) and 03 CV 3836 (RJD)(MDG) and on August 11, 2008, I am required to serve a motion for summary judgment in Costantin v. New York City Fire Department, SDNY Docket No. 06 Civ. 4631 (GBD). I will also be required to serve a summary judgment motion in Donofrio v. The City of New York et al., 04 CV 3336 (RRM)(MDG) on August 25, 2008.

Hon. Richard J. Sullivan
United States District Judge
July 29, 2008
Page 2 of 2

      In between preparing the above motions, I will be required to appear for depositions on August 7, 12, 19, 22, September 4, and 5, 2008 in Nicholas et ano. v. The City of New York, et al., EDNY Docket No. 07 CV 0134 (SJ)(VVP), LiFranc v. New York City Department of Education, et ano., EDNY Docket No. 07 CV 1109 (ARR)(LB), and Rosenfeld v. City of New York et al., EDNY Docket No: 06 CV 1979 (ERK)(VVP).

      As a result of the foregoing commitments, it is respectfully requested that defendants' time to serve its motion to dismiss be extended, from August 1, 2008 through and including September 12, 2008. It is also requested the plaintiff's time to serve his opposition be extended from August 22, 2008 to October 3, 2008, and reply extended from August 29, 2008 to October 10, 2008.

      Thank you for your consideration of this request.

Respectfully submitted,

Daniel Chiu
Assistant Corporation Counsel

cc (via facsimile):   Thomas M. Murray, Esq.

*[Handwritten order:]* Defendant's request is granted. Defendants' motion to dismiss and supporting papers are due by September 12, 2008. Plaintiff shall file his response by Oct 3, 2008; defendants shall file their reply by October [10], 2008. No further extensions will be granted.

SO ORDERED.
Dated: 7/30/08

RICHARD J. SULLIVAN
U.S.D.J.