UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

RAGLAN GEORGE, JR., *et ano*,

        Plaintiffs,

-v-

JOHN B. MATTINGLY, *et ano*,

        Defendants.

No. 08 Civ. 2500 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of a letter from Defendants, dated July 6, 2009. The Parties are hereby ordered to submit a joint status letter, to be *received* no later than September 6, 2009, informing the Court whether Defendants have released the final cost of living adjustments to the Head Start Sponsoring Board Council of the City of New York, and accordingly, whether this matter has been resolved.

SO ORDERED.

DATED:  July 6, 2009
      New York, New York

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE