UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAGLAN GEORGE, JR., *et ano*,

                Plaintiffs,

-v-

JOHN B. MATTINGLY, *et ano*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

No. 08 Civ. 2500 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants, dated September 21, 2009. The Parties are hereby ordered to submit a joint status letter, to be *received* no later than October 31, 2009, informing the Court whether this matter has been resolved. If the matter has not been resolved by October 31, 2009, the Court will thereafter schedule a status conference.

SO ORDERED.

DATED:    September 22, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE