UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09
```

RAGLAN GEORGE, JR., *et ano*,

        Plaintiffs,

-v-

JOHN B. MATTINGLY, *et ano*,

        Defendants.

No. 08 Civ. 2500 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Counsel for Defendants is ordered to provide the Court with a response to the attached letter from Plaintiffs, dated September 22, 2009. The letter shall be received no later than Wednesday, September 30, 2009, and shall inform the Court whether Defendants have complied with the terms set forth in Plaintiffs' letter, and accordingly, whether this matter may be closed.

    The Clerk of the Court is instructed to docket the attached letter.

SO ORDERED.

DATED:    September 25, 2009
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

THOMAS M. MURRAY
tmurray@kjmlabor.com

FACSIMILE (212) 358-0207

September 22, 2009

**VIA FACSIMILE**
Hon. Richard J. Sullivan
Room 615
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    George v. Mattingly
                 Case No. 08CV2500 (RJS)

Dear Judge Sullivan:

    I represent the plaintiff in the above referenced matter.

    My client has advised me that it is satisfied that the COLA for the remaining employer has been paid to the members. There may be some employers who have not properly paid the COLA to the members of the Union. However, that is a contractual issue that can be handled through the grievance and arbitration procedure in the Collective Bargaining Agreement and does not require the further assistance of the Court.

    As long as the Defendant has disbursed sufficient federal money to the employers to cover the COLA, or represents that it will make sufficient federal funds available to the employers to address any discrepancies in the disbursement of the COLA, the Plaintiff is willing to dismiss this action.

    Thank you for your assistance with this matter.

                                  Very truly yours,

                                  Thomas M. Murray

cc:    Daniel Chiu, Assistant Corporation Counsel (via fax)